# SPECIAL ORDERS

In this section will be published orders of the Court (other than grants and denials of leave to appeal from the Court of Appeals) of general interest to the bench and bar of the state.

JUNE 15, 1978

PEOPLE v McCARRICK. (Docket No. 58913.) Motion to consolidate cases on appeal considered and denied because there is no other matter pending before this Court with which this case can be consolidated. The motion for stay of proceedings becomes moot thereby and is denied. *Frank J. Kelley,* Attorney General, *Robert A. Derengoski,* Solicitor General, *Paul F. Berger,* Prosecuting Attorney, and *Chester S. Sugierski,* Chief Assistant Prosecuting Attorney, for the people. State Appellate Defender, *John Lydick,* Assistant Defender, for defendant-appellant. Case below, Court of Appeals Nos. 23698, 27132, per curiam opinion of August 9, 1976.

JULY 19, 1978

*In re* VARY ESTATE (DEPARTMENT OF TREASURY v IVY). (Docket No. 57829.) The motion by plaintiff to vacate the order of Wayne County Probate Judge Joseph J. Pernick of December 7, 1977 is considered, and it is denied because plaintiff has not persuaded the Court that the order of the judge was an abuse of the discretion vested in him under MCL 701.51; MSA 27.3178(51). *Frank J. Kelley,* Attorney General, *Robert A. Derengoski,* Solicitor General, and *Richard R. Roesch* and *E. David Brockman,* Assistants Attorney General, for plaintiff. *I. Goodman Cohen* for defendants. Reported at 401 Mich 340.

JULY 21, 1978

IN THE MATTER OF PROBERT. (Docket No. 61331.) On order of the Court, the supplemental petition for interim suspension filed on behalf of the Michigan Judicial Tenure Commission is considered, and it is ordered that the petition be held in abeyance pending the report of the Honorable Richard E. Robinson, the Master previously appointed to consider formal complaint No. 21. *Joseph F. Regnier,*